UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NINO,<br><br>            Plaintiff,<br><br>     v.<br><br>J. MUNOZ, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01722-JLT (PC)<br><br>ORDER VACATING ORDER GRANTING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION AND VACATING ORDER DIRECTING PAYMENT OF FILING FEE BY CDCR<br><br>(Doc. 6) |

On December 15, 2020, the Court issued an order granting Plaintiff's application to proceed *in forma pauperis* (Doc. 5), pursuant to 28 U.S.C. § 1915, and directing the California Department of Corrections and Rehabilitation to collect the required filing fee payments from Plaintiff's inmate trust account and forward them to the Clerk of the Court. (Doc. 6.) However, on December 16, 2020, Plaintiff submitted $402.00 to the Court, paying the filing fee for this action in full. Accordingly, the Court ORDERS:

1. The December 15, 2020 order granting Plaintiff's motion to proceed *in forma pauperis* and directing CDCR to collect filing fee payments from Plaintiff's inmate trust account (Doc. 6) is VACATED. Plaintiff no longer proceeds *in forma pauperis* in this action.

2. The Clerk of the Court is directed to serve a copy of this order on the California Department of Corrections and Rehabilitation and on the Financial Department of the

1  U.S. District Court for the Eastern District of California.

2

3  IT IS SO ORDERED.

4  Dated:   **December 17, 2020**           **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE