UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NINO,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MUNOZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01722-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>14-DAY DEADLINE |

The Court ordered Plaintiff to file a first amended complaint curing the deficiencies in his pleading or a notice that he wishes to proceed only on the claims found cognizable. (Doc. 9.) The Court granted Plaintiff's request for an extension of time to comply with the order.[1] (Doc. 12.) Still, Plaintiff has not filed complied. Thus, within 14 days, Plaintiff SHALL show cause why sanctions should not be imposed for failure to comply with the Court's order or comply with the Court's July 7, 2021 order.

IT IS SO ORDERED.

    Dated:   **September 21, 2021**           /s/ Jennifer L. Thurston
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff obtained representation of counsel on August 16, 2021. (Doc. 14.)