1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOE NINO,                              Case No. 1:20-cv-01722-NONE-JLT (PC)

12                   Plaintiff,              **ORDER WITHDRAWING FINDINGS AND**
                                             **RECOMMENDATIONS TO DISMISS**
13           v.                              **ACTION**

14    J. MUNOZ, et al.,                      (Doc. 17)

15                   Defendants.

16

17          On July 7, 2021, the Court issued a screening order directing Plaintiff to file a first

18   amended complaint curing the deficiencies in his pleading or a notice to proceed on the claims

19   found cognizable. (Doc. 9.) Plaintiff failed to comply with the screening order within the time

20   provided. Therefore, on September 21, 2021, the Court issued an order to show cause why

21   sanctions should not be imposed for Plaintiff's failure to comply with the Court's order. (Doc.

22   15.) Plaintiff failed to respond to the order to show cause within the time provided. Thus, the

23   Court issued findings and recommendations to dismiss this action for failure to obey court orders,

24   which were served on October 15, 2021. (Doc. 17.)

25          Plaintiff filed late objections to the findings and recommendations on October 30, 2021,

26   including a supporting declaration from Plaintiff's counsel. (Docs. 19-20.) Plaintiff concurrently

27   filed a first amended complaint. (Docs. 21, 23.) Upon review of the objections and the

28   representations of counsel, the Court will WITHDRAW its findings and recommendations to

dismiss this action (Doc. 17). The Court advises Plaintiff to respond to future court orders within the time provided by the Court, Local Rules, or Federal Rules, or to request an extension of time if such is not possible. The Court will screen Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A(a).

IT IS SO ORDERED.

   Dated:   __November 1, 2021__                    _____ /s/ Jennifer L. Thurston__
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE