UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NINO,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MUNOZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01722-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT SULLIVAN'S MOTION TO DISMISS<br><br>(Docs. 48, 51) |

Plaintiff Joe Nino, appearing through counsel, brought this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 13, 2023, defendant Sullivan filed a motion to dismiss plaintiff Nino's operative fourth amended complaint. (Doc. 48.) Nino filed an opposition to the motion on August 3, 2023, and Sullivan filed his reply thereto on August 17, 2023. (Docs. 49, 50.) On October 17, 2023, the assigned magistrate judge issued findings and recommendations, recommending that defendant Sullivan's motion to dismiss be granted. (Doc. 51.) Specifically, it was recommended that the motion to dismiss the fourth amended complaint be granted without leave to amend, and that defendant Sullivan be dismissed from this action. (*Id*. at 21.) The magistrate judge provided 14 days within which any party could file objections to the findings and recommendations. (*Id.*)

More than 14 days have elapsed, and no party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 17, 2023 (Doc. 51) are adopted in full;
2. Defendant Sullivan's motion to dismiss (Doc. 48) is granted;
3. Defendant Sullivan is dismissed from this action;
4. This action proceeds against defendants Munoz, Carillo, John Doe, Escarcega, Harris, and Masferrer only on the claims asserted against those individuals in plaintiff's operative fourth amended complaint; and
5. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 30, 2024

UNITED STATES DISTRICT JUDGE

2