UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NINO,<br><br>            Plaintiff,<br><br>     v.<br><br>J. MUNOZ, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01722-KES-CDB (PC)<br><br>**ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 90 DAYS**<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Joe Nino, appearing through counsel, brought this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Carillo, Escarcega, Harris, Masferrer, and Munoz answered Plaintiff's operative fourth amended complaint on July 13, 2023. On September 30, 2024, District Judge Kirk E. Sherriff issued his Order Adopting Findings and Recommendations to Grant Defendant Sullivan's Motion to Dismiss. This action now proceeds against Defendants Carillo, Escarcega, Harris, Masferrer, and Munoz.

The Court refers all civil rights cases to Alternative Dispute Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively.

The Court stays this action for ninety days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement

conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

Accordingly, it is hereby **ORDERED**:

1. This action is STAYED for **ninety (90) days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2. **<u>Within 45 days</u>** from the date of this Order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

3. **<u>Within 60 days</u>** from the date of this Order, the assigned Deputy Attorney General SHALL contact the undersigned's Courtroom Deputy Clerk at cborin@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to participate in an early settlement conference.

4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

5. The Clerk of the Court SHALL serve via email copies of Plaintiff's fourth amended complaint (Doc. 46), the Order Adopting Findings and Recommendations to Grant Defendant Sullivan's Motion to Dismiss (Doc. 54), and this Order to Supervising Deputy Attorney General Lawrence Bragg (Lawrence.Bragg@doj.ca.gov), and a copy of this Order to ADR Coordinator Sujean Park.

*Remainder of This Page Intentionally Left Blank*

6. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **October 1, 2024**              _____
                                          UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NINO,<br><br>           Plaintiff,<br><br>      v.<br><br>J. MUNOZ, et al.,<br><br>           Defendants. | Case No. 1:20-cv-0722-KES-CDB<br><br>NOTICE REGARDING EARLY SETTLEMENT CONFERENCE |

1. The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

      Yes \_\_\_\_          No \_\_\_\_

2. Check one:

      \_\_\_\_\_ would like to participate in the settlement conference in person.

      \_\_\_\_\_ would like to participate in the settlement conference by telephone or video conference.

Dated:

                                             _____
                                             Counsel for Plaintiff or Defendants