Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone:  (916) 210-6008
  Fax:  (916) 324-5205
  E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Masferrer, Carrillo, Munoz, Harris and Escarcega*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOE NINO,**<br><br>Plaintiff,<br><br>v.<br><br>**J. MUNOZ, et al.,**<br><br>Defendants. | 1:20-CV-01722-KES-CDB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**<br><br>Action Filed:  December 7, 2020 |

The parties have worked diligently to complete discovery in this matter but require a one month extension to the deadline for completion of fact discovery in order to conduct the depositions of Plaintiff Joe Nino and Defendants with time for any motions to compel.  Mr. Nino is scheduled for deposition in early December.

//

//

//

//

//

//

1

Accordingly, Defendants Masferrer, Carrillo, Munoz, Harris and Escarcega, and Plaintiff Nino, hereby stipulate and propose that the dates in the Discovery and Scheduling Order (ECF No. 68) be amended as follows:

| Event | Current Date | Amended Date |
| --- | --- | --- |
| Completion of discovery | December 2, 2025 | January 5, 2026 |
| Dispositive Motion Deadline | February 9, 2026 | March 9, 2026 |

All other terms of the Discovery and Scheduling Order remain in full force and effect.

Dated: October 22, 2025                                         Respectfully submitted,

                                                                ROB BONTA
                                                                Attorney General of California
                                                                JON ALLIN
                                                                Supervising Deputy Attorney General

                                                                */S/JEREMY DUGGAN*

                                                                JEREMY DUGGAN
                                                                Deputy Attorney General
                                                                *Attorneys for Defendant Masferrer, Carrillo, Munoz, Harris and Escarcega*

Dated:  October 20, 2025                                         Respectfully submitted,

                                                                *Brian D. McMahon* (as authorized 10/20/25)

                                                                BRIAN D. MCMAHON
                                                                *Attorneys for Plaintiff Joe Ninos*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **October 23, 2025**                           _____
                                                               UNITED STATES MAGISTRATE JUDGE