ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-6008
 Fax:  (916) 324-5205
 E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Masferrer, Carrillo, Munoz, Harris and Escarcega*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOE NINO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. MUNOZ, et al.,**<br><br>　　　　　　　　　　Defendants. | 1:20-CV-01722-KES-CDB (PC)<br><br>**ORDER RE SECOND STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Action Filed:  December 7, 2020 |

　　　The parties have worked diligently to complete discovery in this matter but require a six-week extension of time to the deadline for completion of fact discovery in order for Plaintiff to respond to Defendants' written discovery requests with time for any motions to compel. Defendants served written discovery requests to Plaintiff by email on October 3, 2025, but the requests went to Plaintiff's counsel's spam folder, and the parties did not discover the issue until December 11, 2025.  Plaintiff's counsel has stated responses will be provided within 30 days from December 12, 2025.

/ / /

/ / /

/ / /

1

Accordingly, Defendants Masferrer, Carrillo, Munoz, Harris and Escarcega, and Plaintiff Nino, hereby stipulate and propose that the dates in the Amended Scheduling Order (ECF No. 73) be amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Completion of discovery | January 5, 2025 | February 16, 2026 |
| Dispositive Motion Deadline | March 9, 2026 | April 20, 2026 |

All other terms of the Discovery and Scheduling Order (ECF No. 68) remain in full force and effect.

Dated:  December 18, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JON ALLIN
Supervising Deputy Attorney General

*/s/Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendant Masferrer, Carrillo, Munoz, Harris and Escarcega*

Dated:  December 18, 20205

Respectfully submitted,

*BRIAN D. MCMAHON*

*(as authorized 12/18/2025)*
BRIAN D. MCMAHON
*Attorneys for Plaintiff Joe Nino*

IT IS SO ORDERED.

Dated:  **December 19, 2025**

_____
UNITED STATES MAGISTRATE JUDGE