ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Masferrer, Carrillo, Munoz, Harris and Escarcega*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOE NINO,**<br><br>Plaintiff,<br><br>v.<br><br>**J. MUNOZ, et al.,**<br><br>Defendants. | 1:20-CV-01722-KES-CDB (PC)<br><br>**ORDER ON STIPULATION RE THIRD STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Action Filed: December 7, 2020 |

    The parties have worked diligently to complete discovery in this matter but require a two-week extension of time to the deadline for completion of fact discovery in order for Plaintiff to respond to Defendants' written discovery requests with time for any motions to compel. Plaintiff has stated the responses will be provided by January 27, 2026. The parties have stipulated to amend these dates twice before. (*See* ECF Nos. 73, 75.)

//

//

//

1

Stip. and Order to Amend Scheduling Order (1:20-CV-01722-KES-CDB (PC))

Accordingly, Defendants Masferrer, Carrillo, Munoz, Harris and Escarcega, and Plaintiff Nino, hereby stipulate and propose that the dates in the Order Regarding Second Scheduling Order (ECF No. 75) be amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Completion of discovery | February 16, 2026 | March 2, 2026 |
| Dispositive Motion Deadline | April 20, 2026 | May 4, 2026 |

All other terms of the Discovery and Scheduling Order (ECF No. 68) remain in full force and effect.

Dated:  January 21, 2026      Respectfully submitted,

ROB BONTA
Attorney General of California
JON ALLIN
Supervising Deputy Attorney General

*/S/JEREMY DUGGAN*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendant*
*Masferrer, Carrillo, Munoz, Harris and*
*Escarcega*

Dated:  January 21, 2026      Respectfully submitted,

**BRIAN D. MCMAHON**
(as authorized 1/21/2026)
BRIAN D. MCMAHON
*Attorneys for Plaintiff Joe Nino*

IT IS SO ORDERED.

Dated:  **January 22, 2026**                   

UNITED STATES MAGISTRATE JUDGE

2