UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOE NINO,

          Plaintiff,

    v.

J. MUNOZ, et al.,

          Defendants.

Case No. 1:20-cv-01722-KES-CDB (PC)

**AMENDED SCHEDULING ORDER**

Plaintiff Joe Nino, appearing through counsel, brought this civil rights action pursuant to 42 U.S.C. §1983.

In this action, the dispositive motion filing deadline expired on May 4, 2026. (Doc. 77.) When neither party filed a summary judgment motion, the Court issued a minute order directing the parties to file a joint report identifying at least two dates for the pretrial conference and trial before District Judge Kirk E. Sherriff. (Doc. 78)

In their response to the Court's minute order, filed May 18, 2026, the parties propose expert disclosure and discovery deadlines and proffer proposed dates for the pretrial conference and trial in this action. (Doc. 79.)

Following review, the Court will set a further schedule for this litigation.

///

///

1

**Conclusion and Order**

Good cause appearing, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, this Court **HEREBY ORDERS** as follows:

1. All parties **SHALL**:

    a.    Serve expert disclosures by **July 24, 2026**;

    b.    Serve rebuttal expert disclosures by **August 24, 2026**; and

    c.    Complete expert discovery by **September 18, 2026**.

2. All parties **SHALL** appear for Pretrial Conference on **October 26, 2026, at 1:30 p.m.** before the Honorable Kirk E. Sherriff in Courtroom 6.[1] The parties shall file a Joint Pretrial Statement **no later than October 12, 2026**, pursuant to Local Rule 281 and Judge Sherriff's standing order.

3. All Parties **SHALL** appear for jury trial before the Honorable Kirk E. Sherriff on Tuesday, **January 12, 2027, at 8:30 a.m.** in Courtroom 6.

IT IS SO ORDERED.

Dated:   **May 19, 2026**                                     

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties proposed October 12 and October 19 for the pretrial conference. October 12 —Columbus Day— is a federal holiday and the Court will be closed. Further, Judge Sherriff conducts pretrial conferences on the second and fourth Mondays of the month. Thus, because October 19 is the third Monday, that date could not be accommodated.