IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOE NINO,**<br>Plaintiff,<br>**v.**<br>**J. MUNOZ, et al.,**<br>Defendants. | Case No. 1:20-cv-01722-KES-CDB (PC)<br>**ORDER ON STIPULATION MODIFYING AMENDED SCHEDULING ORDER**<br>(Doc. 82) |

Based on their stipulated representations (Doc. 82), the Court finds that the parties have worked diligently to complete expert discovery in this matter but require a four-week extension of the deadline for completion of expert discovery due to the schedules of counsel and the experts and that the stipulated extension will not affect other scheduled dates in this matter.

Accordingly, the parties' stipulated request (Doc. 82) is GRANTED, and the deadline to complete expert discovery (Doc. 80) is continued to October 16, 2026.

///

///

///

All other terms of the Amended Scheduling Order (Doc. 80) remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 15, 2026**

UNITED STATES MAGISTRATE JUDGE